UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | Chapter 7 |
| ALLIANCE TRAFFIC GROUP, LLC | Case No. 14-11261/MFW |
| Debtor. | |

## ORDER AWARDING TRUSTEE'S COMPENSATION AND EXPENSES

*AND NOW*, upon consideration of the foregoing application for compensation and after notice as prescribed by Bankruptcy Rule 2002 to all parties in interest, it is *ORDERED*, that the sum of $14,546.88 is reasonable compensation for the services in this case by Alfred T. Giuliano, Trustee; that such sum does not exceed the limitations prescribed by Section 326 of the Bankruptcy Code, that $83.37 is reasonable for actual and necessary expenses advanced by the trustee; and that such sums are awarded to the trustee.