# **EXHIBIT B**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>ALLIANCE TRAFFIC GROUP, LLC<br><br>Debtor. | Chapter 7<br><br>Case No. 14-11261/MFW<br><br>Re: Docket No. 18 |

## ORDER AWARDING TRUSTEE'S COMPENSATION AND EXPENSES

*AND NOW,* upon consideration of the foregoing application for compensation and after notice as prescribed by Bankruptcy Rule 2002 to all parties in interest, it is *ORDERED*, that the sum of $14,546.88 is reasonable compensation for the services in this case by Alfred T. Giuliano, Trustee; that such sum does not exceed the limitations prescribed by Section 326 of the Bankruptcy Code, that $83.37 is reasonable for actual and necessary expenses advanced by the trustee; and that such sums are awarded to the trustee.